## 58658. TURPIN v. AETNA CASUALTY & SURETY COMPANY et al.

SUBMITTED OCTOBER 17, 1979 — DECIDED
JANUARY 11, 1980.

*James A. Glenn, Jr.,* for appellant.
*Roger Cone,* for appellees.

## 58676. HOME INSURANCE COMPANY et al. v. OWENS.

QUILLIAN, Presiding Judge.
Affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Smith and Birdsong, JJ., concur.*

SUBMITTED OCTOBER 17, 1979 — DECIDED
JANUARY 11, 1980.